October 31, 2008

Mr. Robert S. Bennett
The Bennett Law Firm, P.C.
515 Louisiana, Suite 200
Houston, TX 77002
Mr. Stephen T. Leas
Law Office of Stephen T. Leas
P.O. Box 2257
McAllen, TX 78502-2257

RE: Case Number: 08-0642
 Court of Appeals Number: 13-06-00469-CV
 Trial Court Number: CL-04-546-D

Style: ROBERT S. BENNETT, INDIVIDUALLY, AND THE BENNETT LAW FIRM, P.C.
 v.
 STEPHEN T. LEAS

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed abatement order
in the above-referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Mr. Arturo Guajardo|
| |Jr. |
| |Ms. Dorian E. |
| |Ramirez |